IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERROD WHITE,           )<br>                         )<br>    Plaintiff,        )<br>                         )<br>    v.                   )<br>                         )<br>CAPTAIN HUDSON, et al.,  )<br>                         )<br>    Defendants.          ) | CIVIL ACTION NO.<br>2:21cv68-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was beaten while handcuffed by the three defendant correctional officers with the approval of the defendant correctional captain. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of August, 2021.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**